### STATE v. MITCHELL KERSHAW.

Court of Quarter Sessions. Sussex. April, 1799.

*Wilson's Red Book, 232.*

*Ridgely* showed payments to defendant by Caesar to about £90, that the Negro had labored and contracted for himself for some time, refused to file a petition, because the Negro was not detained in slavery, and offered that Caesar should be sworn.

BOOTH, C. J. The Court think from everything laid before us that there is a presumption in favor of Caesar's freedom and allow him his oath.

The Negro was sworn and showed sufficient ground of apprehension of danger, but mentioned no threats from defendant.

*Bayard* insisted defendant could not be held to the peace under the Act of Assembly, 1 Del.Laws 52. Surety of the peace is only to be in consequence of threats, and that it had often been so determined, but the Court thought there was nothing in the objection and directed the recognizance to be taken.